IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MOHAMED FARVARDIN,** | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | NO. 12-6680 |
| | : | |
| **TPR. MICHAEL SANTOS, et al.,** | : | |
| Defendants. | : | |
| | : | |

# ORDER

**AND NOW,** this 21st day of October 2014, upon consideration of Defendant Noonan's Motion to Dismiss Plaintiff's Request for Injunctive Relief for Lack of Case or Controversy [Doc. No. 32], and Plaintiff's Response thereto, and after hearing testimony relevant to the issues raised at a bench trial held on August 5 and 6, 2014, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the Motion is **DENIED**.

It is further **ORDERED** that the parties shall submit proposed findings of fact and conclusions of law on or before **November 7, 2014.**

It is so **ORDERED.**

BY THE COURT:

/s/Cynthia M. Rufe
_____
**CYNTHIA M. RUFE**