IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MOHAMAD FARVARDIN,** : | |
| Plaintiff, : | |
| : | CIVIL ACTION |
| v. : | NO. 12-6680 |
| : | |
| **TPR. MICHAEL SANTOS, et al.,** : | |
| Defendants. : | |

# ORDER

**AND NOW**, this 15th day of December 2014, after a bench trial on the merits, and for the reasons set forth in the accompanying Adjudication, judgment is hereby entered in favor of Plaintiff Mohamad Farvardin and against Defendant Commissioner Frank Noonan.

Plaintiff is seeking injunctive relief. The parties shall submit to the Court proposed protocols for improved trooper training and addressing citizen complaints regarding police conduct within 60 days of the date of this order.[1] If the parties wish to attempt to mediate a protocol, they may at any time, ask the Court to refer the case to Chief Magistrate Judge Carol Sandra Moore Wells for mediation.

It is so **ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe

**CYNTHIA M. RUFE, J.**

---

[1] Dr. Farvardin has asked the Court to order improved training for state police cadets, troopers, and supervisors regarding lawful conduct in mere encounters, and to require implementation of new monitoring and audit procedures for review of both substantiated and unsubstantiated Internal Affairs Division investigations. With regard to the latter, in developing his proposed protocol, Dr. Farvardin should bear in mind the testimony at trial regarding new IAD protocols, developed after the IAD investigation of the incident at issue in this case.